# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WESTLAKE FINANCIAL SERVICES, INC., et al.,<br><br>　　　　Defendants. | Case No.  1:25-cv-00957-JLT-SAB<br><br>ORDER PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2)<br><br>**TWENTY-ONE DAY DEADLINE** |

　　　Plaintiff Prince Paul Raymond Williams, proceeding in this matter *pro se*, initiated this civil rights action on August 4, 2025.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)

　　　However, with respect to the questions regarding Plaintiff's assets and expenses (questions 5–6), Plaintiff fails to indicate any values but merely indicates all assets and expenses are "not applicable."  (Id. at 2 (identifying assets including "any automobile, real estate, . . . or other financial instrument or thing of value that I own," and expenses including any housing, transportation, utilities, loan payments, regular monthly expenses, support for dependents, debts, and financial obligations).)  In response to question 7, which requires the names of all persons who are dependent on Plaintiff for support, his relationship with each

person, and how much he contributes to their support, Plaintiff merely indicates two individuals and does not respond to the rest of the question. (Id. at 2.)[1]  Thus, it appears Plaintiff's application was not sufficiently completed for the Court to determine if he is entitled to proceed in this action without prepayment of fees.

Accordingly, the Court will order that Plaintiff complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

3. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated:   **August 5, 2025**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] Further, in response to Question 3, Plaintiff contends his last day of work as a commercial driver was July 17, 2025.  Should Plaintiff have updated information, recent employment, or additional benefits in lieu of employment, he shall indicate such on the long form application.

2