1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | PRINCE PAUL RAYMOND WILLIAMS,

12 |        Plaintiff,

13 |      v.

14 | WESTLAKE FINANCIAL SERVICES, INC.,
et al.,

15

16 |        Defendants.

Case No.  1:25-cv-00957-JLT-SAB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

(ECF Nos. 2, 7)

17       Prince Paul Raymond Williams ("Plaintiff"), proceeding *pro se*, initiated this civil action

18 on August 4, 2025.  (ECF No. 1.)  Plaintiff did not pay the filing fee and instead filed an

19 application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  From that

20 application, the Court was unable to discern whether Plaintiff qualified to proceed *in forma*

21 *pauperis* and therefore directed Plaintiff to file a long form application.  (ECF No. 3.)  Plaintiff

22 has timely complied (ECF No. 7), and the Court is able to conduct its analysis.

23       The Court finds Plaintiff's application demonstrates entitlement to proceed without

24 prepayment of fees. Notwithstanding this order, the Court does not direct that service be

25 undertaken until the Court screens the complaint in due course and issues its screening order.

26 / / /

27 / / /

28 / / /

1

Accordingly, IT IS HEREBY ORDERED THAT:

1.    Plaintiff's application to proceed *in forma pauperis* (ECF No. 7) is GRANTED; and

2.    **Service shall not be undertaken until the Court screens the complaint in due course and issues its screening order.**

IT IS SO ORDERED.

Dated:    **August 19, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2