UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>           Plaintiff,<br><br>      v.<br><br>WESTLAKE FINANCIAL SERVICES, INC., et al.,<br><br>           Defendants. | Case No. 1:25-cv-00957 JLT SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE<br><br>(Doc. 15) |

On August 4, 2025, Plaintiff Prince Paul Raymond Williams, who is proceeding *pro se*, and *in forma pauperis*, commenced this action. (Doc. 1.) On November 18, 2025, the assigned magistrate judge issued Findings and Recommendations to dismiss the action, without prejudice, for failure to obey a court order and failure to prosecute. (Doc. 15.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (*Id.* at 3.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the matter. Having carefully reviewed the entire file, the Court concludes the Findings and

Recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

    1.    The Findings and Recommendations issued on (Doc. 15), are **ADOPTED** in full.

    2.    This matter is **DISMISSED** without prejudice for failure to prosecute and failure to comply with a court order.

    3.    The Clerk of the Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

Dated: __**December 26, 2025**__

UNITED STATES DISTRICT JUDGE

2